**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ALEX A. MASON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) No. 2:04CV32-DJS |
| | ) |
| **CORRECTIONAL MEDICAL SERVICES,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Plaintiff Alex Mason, an inmate at Northeast Correctional Center ("NECC"), has brought suit against defendants alleging that he has lost his vision as a result of inadequate medical treatment. Now before the Court is plaintiff's motion for accommodations and disability needs assessment in which plaintiff seeks injunctive relief requiring defendants to provide plaintiff with a qualified reader to read plaintiff his mail, access to mail without holding period, access to email and access to legal treatises and cases. The Court will deny plaintiff's motion. The injunctive relief sought by plaintiff addresses matters beyond the scope of his pleadings. To the extent plaintiff seeks relief to assist in the prosecution of this matter, it is unclear under what authority the Court could grant such relief. Moreover, the Court has already made the accommodation of appointing counsel to assist plaintiff in the prosecution of this action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for accommodations and disability needs assessment [Doc. #56] is denied.

Dated this    10th    day of May, 2005.

                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE